■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of KATHERINE HALE, Petitioner, v HARRY WIESNER, et al., Doing Business as FRANKLIN PARK APARTMENTS, Respondents.—Determination unanimously confirmed and petition dismissed, without costs. Memorandum: The complaint filed with the State Division of Human Rights alleges discrimination in employment on account of sex. We find that the investigation

conducted by the Division was sufficient and that its determination of no probable cause has a rational basis in the record (*see, State Div. of Human Rights v County of Erie,* 107 AD2d 1042; *State Div. of Human Rights v Stanmor Liq. Co.,* 107 AD2d 1056; *see also, Matter of Totem Taxi v New York State Human Rights Appeal Bd.,* 65 NY2d 300). (Proceeding pursuant to Executive Law § 298.) Present—Callahan, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.